IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Angel Sumler

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

State of Maryland
Netasha Harris
Fair Housing Units

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for a Civil Case**

Case No. RDB-19-2626

_(to be filled in by the Clerk's Office)_

Jury Trial:   ☐ Yes   ☐ No
_(check one)_

See attached

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Angel Semler
Street Address — 2410 Pennsylvania Avenue
City and County — Baltimore Meyland 21217
State and Zip Code
Telephone Number — 410·728·2080
E-mail Address — mysterylcne.9@gmail·com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name — Karen Graines
Job or Title (if known) — Chief Financial Advisor
Street Address — 517 Beaumont Avenue
City and County — Baltimore MD 21212
State and Zip Code
Telephone Number — NA
E-mail Address (if known) — NA

Defendant No. 2

Name    Housing Authority Baltimore

Job or Title    Arethe Wright
(if known)

Street Address    1221 W. Pratt Street

City and County    Baltimore Maryland, 21202

State and Zip Code

Telephone Number    443-982-2222

E-mail Address    NA
(if known)

Defendant No. 3

Name    Dan Jones

Job or Title    Facebook - Instagram
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name    Family Preservation

Job or Title    Social Worker
(if known)

Street Address    1024 1025 N Calvert Street

City and County    Baltimore, Maryland, 21202

State and Zip Code

Telephone Number

E-mail Address
(if known)

*(If there are more than four defendants, attach an additional page*
*providing the same information for each additional defendant.)*

3

Karen Gaines - Federal Chief of Finance advisor

Edward Mazeek - Tax agent/Bail Bondsmen

Calvin Sanders JR: False statement

Kalvin Moore

Monique Branch - Identity Theft - Virgina CD Account
(Monique Chiquitta Thomas)

Danielle Williams
(Family-Preservations) - False petition / statement
of facts

Rayna Johnson - Telephone misuse - unlawful
wire taps - Suspended credentials Boost Store
employee - 443-680-2821
443-790-0083 Several phones
Used

Housing Authority of Baltimore - Fair Housing Act/
Womens Rights - were Violated

Dow Jones - Facebook - Instagrem - blocking and/
protection

Ivanka Trump - Stolen Copyrights and mis-
conduct while in office -
trade mark and patterns of
rights and privilages belonging
to me.

Interface Modeling agency - contract not full-
filled due to nause-
five, but continued to
Pursue/without fixed/
contract end/or permission

Patrick McClean - States Attorney
Patrick McClean - Juvenile Justice,

all this started as Patricia McClean began to use police officers to harrass me, and, I filed a claim against her with the attorney general office to ask for her removal from the case, she then was a states attorney for my son Tarik Walker case and stated it may be a conflict of that interest, she then began to get others involved and have my children unlawfully removed and target me as a gang member and I wasn't to violate my rights to be treated as a citizen and threaten other informants of mistreatment if they didn't help her using Patrick McClean assistance, but it began with me as a witness for Kelvin Moore case some odd years ago and I am still suffering this mistreatment by Baltimore City.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case. forced labor . women rights
acts
Telephone misuse  Fair Housing lemployment act
unlawful wiretap Benjamin Franklin laws           ,
laws of land U.S. constitution  unauthorized .
Admendment rights violations (release of medical
records and adoption)

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Angel Sumlee   , is a citizen of
the State of *(name)* Maryland        .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* State of Maryland, is incorporated
under the laws of the State of *(name)* Maryland        ,
and has its principal place of business in the State of *(name)*
Maryland       .

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Hatah Craines, is a citizen of
the State of *(name)* Maryland . Or is a citizen of
*(foreign nation)* Maryland .

b.    If the defendant is a corporation

The defendant, *(name)* Dow Jones , is
incorporated under the laws of the State of *(name)*
Maryland , and has its principal place of
business in the State of *(name)* Maryland . Or is
incorporated under the laws of *(foreign nation)*
Maryland , and has its principal place of
business in *(name)* Facebook - Instagram

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

I have moved 3-4x since incidents
occurred lost all valuables, moving expenses,
loss of wages, travel expenses, fractured
nose assulted on streets, bails, over
charged in community for merchandise,
network online business taken copyrights
patterns trademark stolen identity stolen
work W-2 stolen and educational backgrounds
and accused of sexual escapades not me, have
to see therapy and ere now on medication, had
gastrointestic disise and toxic cartoon from
food poison or ensure smoke from street
harresment.

5

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

I have been home invaded witness
untimidated, physically assulted verbally
assulted, raped in organizations
work stolen off line identity stolen,
charged twice lines for the same thing.
Given illegal sentences. Filed for
protection and peace denied my
rights children unlawfully taken
from home to hush me about these
crimes. Intimidated, medical
records hacked into by employees
& University of Maryland, which when
born was president Hospital Private
duty for nurses 10/27/1977. Enclosed
someone else using my identity, filed
pursuit to police station investigation
unit, legal aide, housing, landlord,
internal affairs, the congress office
on Park Ave. and several other agencies
no one assisted. I moved to Carroll
County and was picked up on the
same statement of facts and false
imprisoned a third time and given a
15 month sentence untrue and unlawful
to a crime I never even committed. The
laws have continuously attempted to harress
my family and I and intimidate me.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

515 Beaumont 21212, living room set dinette, 2818 Kentucky, children's pintures clothes pictures Identity cards baption cert. entertain furniture son SSA checks for deceased father son's SSI checks for congential Heart defect and transportation rent broken windows medical injuries due to assults on my children and I. Broke eyes fractured nose at Union Memorial Hospital reported assult officer responding stated he didn't care if I lived or died.

7

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing August 10, 2019

Signature of Plaintiff

Printed Name of Plaintiff   Angel Dunlce

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.   For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

Email Address   _____